UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-00275-CJC-AJR          Date: April 5, 2024
                                         Page 1 of 2

Title:  Jessica Martinez v. Stanley Mosk Court House

DOCKET ENTRY: **ORDER TO SHOW CAUSE RE FAILURE TO FILE AMENDED COMPLAINT AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                            None Present

**PROCEEDINGS: (IN CHAMBERS)**

On January 11, 2024, *pro se* Plaintiff Jessica Martinez ("Plaintiff"), filed a complaint (the "Complaint") against "Stanley Mosk Court House." (Dkt. 1.) Also on January 11, 2024, Plaintiff filed a Request to Proceed *in Forma Pauperis*. (Dkt. 3.) On January 30, 2024, the Court screened the Complaint and issued an order dismissing the Complaint with leave to amend ("Order"). (Dkt. 5.) In the Order, Plaintiff was directed to file a First Amended Complaint ("FAC") that attempts to remedy the identified defects by February 29, 2024. (Id.)

More than one month has passed since Plaintiff's deadline to file a FAC in response to the Court's Order. As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so. The action cannot move forward unless and until Plaintiff files an amended complaint. Plaintiff is ordered to file a FAC, if any, by **April 19, 2024** or show cause why the action should not be dismissed with prejudice for

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    2:24-cv-00275-CJC-AJR | Date:  April 5, 2024 |
| | Page 2 of 2 |

Title:    Jessica Martinez v. Stanley Mosk Court House

failure to prosecute.  If Plaintiff chooses to file a FAC, it should attempt to remedy the pleading defects identified in the January 30, 2024 dismissal order (Dkt. 5.), bear the docket number assigned to this case (2:24-cv-00275-CJC-AJR), be labeled "First Amended Complaint," and be complete in and of itself without reference to the original Complaint or any other documents (except any documents that Plaintiff chooses to attach to the FAC as exhibits).  Plaintiff is encouraged to state her claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a FAC, she is strongly encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if she does not file a FAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, she may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner), available at https://www.uscourts.gov/forms/pro-se-forms/complaint-violation-civil-rights-non-prisoner.