**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA M. MARTINEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>STANLEY MOSK COURT HOUSE,<br><br>                    Defendant. | Case No. 2:24-cv-00275-MCS-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  August 30, 2024

_Mark C. Scarsi_

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE